## United States District Court
## Eastern District of Michigan
## Southern Division

| | |
|---|---|
| The United States of America, | Case: 2:17-cr-20057<br>Judge: Leitman, Matthew F.<br>MJ: Stafford, Elizabeth A.<br>Filed: 01-31-2017 At 03:09 PM<br>IND USA V DAUGHERTY (BG) |
| Plaintiff, | |
| v. | Violation(s): |
| Bryant Edward Daugherty, | 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(e)(1) |

_____/

## Indictment

The Grand Jury Charges:

### Count One

*(18 U.S.C. §§ 922(g)(1), 924(e)(1) –
Felon in Possession of a Firearm; Armed Career Criminal)*

On or about January 12, 2017, in the Eastern District of Michigan, Southern Division, the defendant, Bryant Edward Daugherty, after having previously been convicted of at least three serious drug offenses, committed on occasions different from one another;

    1. Felony controlled substance deliver/manufacture less than 50 grams of cocaine, heroin, or other narcotic, on or about February 14, 1992,

1

2. Felony controlled substance deliver/manufacture less than 50 grams of cocaine, heroin, or other narcotic, on or about February 14, 1992,
3. Felony controlled substance deliver/manufacture less than 50 grams of cocaine, heroin, or other narcotic, on or about February 14, 1992,
4. Felony controlled substance deliver/manufacture less than 50 grams of cocaine, heroin, or other narcotic, on or about October 7, 2004, and
5. Felony controlled substance deliver/manufacture less than 50 grams of cocaine, heroin, or other narcotic, on or about October 7, 2004,

did knowingly and unlawfully possess a firearm, that is, one RG Industries Inc., .38 special revolver, Model RG31, serial number Q118103, said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATION

*(18 U.S.C. § 924(d) – Firearms and Ammunition Forfeiture)*

The allegations contained in Count I of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count I of this Indictment, the defendant, Bryant Edward Daugherty, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense.

**THIS IS A TRUE BILL.**

s/Grand Jury Foreperson

_____
Grand Jury Foreperson

BARBARA L. McQUADE
United States Attorney

s/Christopher Graveline                                s/Jerome Gorgon
_____   _____
CHRISTOPHER GRAVELINE            JEROME F. GORGON JR.
Assistant United States Attorney         Assistant United States Attorney
Chief, Violent and Organized Crime Unit

Dated: January 31, 2017

3

| United States District Court<br>Eastern District of Michigan | Criminal Case ( | Case:2:17-cr-20057<br>Judge: Leitman, Matthew F.<br>MJ: Stafford, Elizabeth A.<br>Filed: 01-31-2017 At 03:09 PM<br>IND USA V DAUGHERTY (BG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes     ☒ No | AUSA's Initials: |

**Case Title:** USA v. Bryant Edward Daugherty

**County where offense occurred :** Wayne County

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

___Indictment/___Information --- **no** prior complaint.
✓ Indictment/___Information --- based upon prior complaint [Case number: 17-30013 ]
___Indictment/___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 31, 2017
     Date

Jerome F. Gorgon, Jr.
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9676
Fax: 313-226-3265
E-Mail address: Jerome.Gorgon@usdoj.gov
Attorney Bar #: P66915

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.